### FRANK X. LO SACCO v. SHARON H. PURTILL ET AL.
(8999)

DALY, FOTI and LAVERY, Js.
Argued September 28—decision released October 3, 1990

*Frank X. Lo Sacco,* pro se, the appellant (defendant).

*Chester J. Bukowski, Jr.,* for the appellee (named defendant et al.).

*Christopher R. Stone,* for the appellee (defendant Edward Zinky).

PER CURIAM. The judgment is affirmed.